UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| FREDERICK BLOCKER, | : | Civil Action No. 07-1987 (RMB) |
| Plaintiff, | : |  |
| v. | : | **O R D E R** |
| CHARLES JURMAN, et al., | : |  |
| Defendants. | : |  |

The Court having considered Plaintiff's application to proceed in forma pauperis and file the Complaint without prepayment of fees pursuant to 28 U.S.C. § 1915; and the Court having screened the Complaint to determine whether dismissal is warranted pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A;

It is on this **13th** day of **June**, 2007,

**ORDERED** that the Clerk of the Court shall RE-OPEN this case; and it is further

**ORDERED** that Plaintiff may proceed in forma pauperis without prepayment of the $350.00 filing fee pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

**ORDERED** that the Clerk of the Court is directed to file the Complaint in the above-captioned action; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order by regular mail on the Attorney General for the State

of New Jersey and on the administrator of the Atlantic County Justice Facility; and it is further

**ORDERED** that Plaintiff is assessed a filing fee of $350.00 and shall pay the entire filing fee in the manner set forth in this Order pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation; and it is further

**ORDERED** that in each month that the amount in Plaintiff's account exceeds $10.00, until the $350.00 filing fee is paid, the agency having custody of the plaintiff shall assess, deduct from Plaintiff's account, and forward to the Clerk of the Court payment equal to 20% of the preceding month's income credited to Plaintiff's account, pursuant to 28 U.S.C. § 1915(b)(2), and each payment shall reference the civil docket number of this action; and it is further

**ORDERED** that Plaintiff's complaint is hereby **DISMISSED**, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and (iii), and §§ 1915A(b)(1) and (2); and it is finally

**ORDERED** that the Clerk of the Court shall re-close this case.

s/Renée Marie Bumb  
RENÉE MARIE BUMB  
United States District Judge